UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS MCWASHINGTON, EDWARD M. MESHURIS, EMILY SANCHEZ, JAMES ALBRIGHT, and CORY R. CROUCHLEY,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM INC., BOARD OF DIRECTORS OF NORDSTROM INC., and NORDSTROM 401K PLAN RETIREMENT COMMITTEE,<br><br>Defendants. | CASE NO. 2:24-cv-1230<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court GRANTS the parties' stipulated motion for a briefing schedule on Defendants Nordstrom, Inc., Board of Directors of Nordstrom, Inc., and Nordstrom 401K Plan Retirement Committee's anticipated amended complaint, Dkt. No. 27.

| **EVENT** | **DATE** |
|---|---|
| Plaintiffs' deadline to file amended complaint | November 1, 2024 |

MINUTE ORDER - 1

| EVENT | DATE |
|---|---|
| Defendants' response to anticipated amended complaint | December 6, 2024 |
| Plaintiffs' opposition to Defendants' anticipated motion to dismiss | January 10, 2025 |
| Defendants' reply in support of anticipated motion to dismiss | January 24, 2025 |

In light of the anticipated amended complaint and motion to dismiss, the Court STRIKES Defendants' previously filed motion to dismiss, Dkt. No. 22.

Dated this 25th day of October 2024.

Ravi Subramanian
Clerk
/s/Kathleen Albert
Deputy Clerk

MINUTE ORDER - 2