The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS MCWASHINGTON, EDWARD M. MESHURIS, EMILY SANCHEZ, JAMES ALBRIGHT, and CORY R. CROUCHLEY, individually as participants in the Nordstrom 401(k) Plan and as representatives of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC., BOARD OF DIRECTORS OF NORDSTROM, INC., NORDSTROM 401K PLAN RETIREMENT COMMITTEE,<br><br>　　　　Defendant. | CASE NO. 2:24-cv-01230-JNW<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

NOTICE OF APPEAL　　　　　　　　　　　　**Schneider Wallace Cottrell Konecky LLP**
　　　　　　　　　　　　　　　　　　　　　2000 Powell Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　　Emeryville, CA 94608
　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (415) 421-7100

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Curtis McWashington, Edward M. Meshuris, Emily Sanchez, James Albright, and Cory R. Crouchley ("Plaintiffs") appeal to the United States Court of Appeals for the Ninth Circuit from the Court's Order granting Defendants' Motion to Dismiss for Failure to State a Claim entered in this action on June 23, 2025 (Dkt. No. 40).

DATED:  July 18, 2025        **SCHNEIDER WALLACE COTTRELL  KONECKY LLP**

By: */s James A. Bloom*
    James A. Bloom (admitted *pro hac vice*)
    SCHNEIDER WALLACE COTTRELL KONECKY LLP
    2000 Powell Street, Suite 1400
    Emeryville, California 94608
    Tel.: (415) 421-7100
    tschneider@schneiderwallace.com
    jbloom@schneiderwallace.com

By: */s Erin M. Riley*
    Erin M. Riley, WSBA #30401
    1201 Third Avenue, Suite 3400
    Seattle, Washington 98101-3268
    Tel.: 206) 623-1900
    eriley@kellerrohrback.com

By: */s Todd M. Schneider*
    Todd M. Schneider (admitted *pro hac vice*)

By: */s Paul M. Secunda*
    Paul M. Secunda (admitted *pro hac vice)*
    WALCHESKE & LUZI LLC
    235 N. Executive Drive, Suite 240
    Brookfield, WI 53005
    Tel.: (414) 828-2372
    psecunda@walcheskeluzi.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 18, 2025, the foregoing Plaintiffs' Notice of Appeal was filed via the Court's CM/ECF system, which will send notification to counsel of record.

**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**

By: */s/ James A Bloom*

James A. Bloom