The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS MCWASHINGTON, EDWARD M. MESHURIS, EMILY SANCHEZ, JAMES ALBRIGHT, and CORY R. CROUCHLEY, individually as participants in the Nordstrom 401(k) Plan and as representatives of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC., BOARD OF DIRECTORS OF NORDSTROM, INC., NORDSTROM 401K PLAN RETIREMENT COMMITTEE,<br><br>Defendants. | CASE NO. 2:24-cv-01230-JNW<br><br>**PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(d)**<br><br>NOTE ON MOTION CALENDAR:<br>August 4, 2025 |

Plaintiffs Curtis McWashington, Edward M. Meshuris, Emily Sanchez, James Albright, and Cory R. Crouchley ("Plaintiffs"), respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 58(d), to enter a final judgment in this matter.

On June 23, 2025, the Court issued an Order dismissing Plaintiffs' Amended Complaint, (Dkt No,. 29), without prejudice as to the first, second, third, and fourth claims, and with prejudice as to the fifth, sixth, seventh, and eighth claims. (Dkt. 40). Plaintiff has elected not to file an amended complaint with regard to the claims dismissed without prejudice. Instead,

MOTION FOR ENTRY OF FINAL JUDGMENT
(2:24-cv-1230) - 1

WALCHESKE & LUZI LLC
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
TEL.: (414) 828-2372

Case 2:24-cv-01230-TSZ    Document 44    Filed 08/04/25    Page 2 of 3

1  Plaintiffs intend to seek appellate review in the United States Court of Appeals for the Ninth

2  Circuit.

3   Accordingly, Plaintiffs respectfully request that the Court enter a separate judgment

4  pursuant to Rule 58(a) so that final judgment may be properly entered and the time to appeal

5  under Federal Rule of Appellate Procedure 4(a) may commence.

6   A proposed form of judgment is submitted herewith.

7   DATED this 4th day of August, 2025.

8

9             By: */s Paul M. Secunda*
             Paul M. Secunda (admitted *pro hac vice)*
10              WALCHESKE & LUZI LLC
             235 N. Executive Drive, Suite 240
11              Brookfield, WI 53005
12              Tel.: (414) 828-2372
             Fax: (262) 565-6469
13              psecunda@walcheskeluzi.com

14            By: */s Todd M. Schneider*
             Todd M. Schneider (admitted *pro hac vice*)
15            By: */s James A. Bloom*
16              James A. Bloom (admitted *pro hac vice*)
             SCHNEIDER WALLACE COTTRELL
17              KONECKY LLP
             2000 Powell Street, Suite 1400
18              Emeryville, California 94608
19              Tel.: (415) 421-7100
             Fax: (415) 421-7105
20              tschneider@schneiderwallace.com
             jbloom@schneiderwallace.com
21

22            By: */s Erin M. Riley*
             Erin M. Riley, WSBA #30401
23              KELLER ROHRBACK L.L.P.
             1201 Third Avenue, Suite 3400
24              Seattle, WA 98101-3268
             Tel.: 206) 623-1900
25              Fax: (206) 623-3384
             eriley@kellerrohrback.com
26
           *Attorneys for Plaintiffs and the Proposed Class*

MOTION FOR ENTRY OF FINAL JUDGMENT         **WALCHESKE & LUZI LLC**
(2:24-cv-1230) - 2                  235 N. Executive Drive, Suite 240
                               Brookfield, WI 53005
                               TEL.: (414) 828-2372

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2025, the foregoing Plaintiffs' Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 58(d) was filed via the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda

MOTION FOR ENTRY OF FINAL JUDGMENT
(2:24-cv-1230) - 3

**WALCHESKE & LUZI LLC**
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
TEL.: (414) 828-2372