The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CURTIS MCWASHINGTON, EDWARD M. MESHURIS, EMILY SANCHEZ, JAMES ALBRIGHT, and CORY R. CROUCHLEY, individually as participants in the Nordstrom 401(k) Plan and as representatives of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NORDSTROM, INC., BOARD OF DIRECTORS OF NORDSTROM, INC., NORDSTROM 401K PLAN RETIREMENT COMMITTEE,<br><br>Defendants. | CASE NO. 2:24-cv-01230-JNW<br><br>**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58(d)**<br><br>NOTING DATE: SEPT. 12, 2025 |

Plaintiffs Curtis McWashington, Edward M. Meshuris, Emily Sanchez, James Albright, and Cory R. Crouchley ("Plaintiffs"), and Defendants Nordstrom, Inc, Board of Directors of Nordstrom, Inc., and Nordstrom 401K Plan Retirement Commitment (collectively, "Defendants"), respectfully move this Court, pursuant to Federal Rule of Civil Procedure 58(d), to enter a final judgment in this matter.

On June 23, 2025, the Court issued an Order dismissing Plaintiffs' Amended Complaint, (Dkt No. 29), without prejudice as to the first, second, third, and fourth claims, and with prejudice as to the fifth, sixth, seventh, and eighth claims. (Dkt. 40). Plaintiff has elected not to

JOINT MOTION FOR
ENTRY OF FINAL JUDGMENT
(2:24-cv-1230) - 1

WALCHESKE & LUZI LLC
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
TEL.: (414) 828-2372

file an amended complaint with regard to the claims dismissed without prejudice. Instead, Plaintiffs intend to seek appellate review in the United States Court of Appeals for the Ninth Circuit.

Accordingly, the Parties respectfully request that the Court enter a separate judgment pursuant to Rule 58(a), in the form of the attached Proposed Order, so that final judgment may be properly entered and the time to appeal under Federal Rule of Appellate Procedure 4(a) may commence.

This motion supersedes, and moots, Plaintiffs' Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 58(d), filed August 4, 2025 (Dkt. No. 44).

A proposed form of judgment is submitted herewith.

DATED this 8th day of September, 2025.

WALCHESKE & LUZI LLC

By: */s Paul M. Secunda*
    Paul M. Secunda (admitted *pro hac vice*)
    235 N. Executive Drive, Suite 240
    Brookfield, WI 53005
    Tel.: (414) 828-2372
    Fax: (262) 565-6469
    psecunda@walcheskeluzi.com

*Attorneys for Plaintiffs*

FOSTER GARVEY PC

By: s/ Steven R. Peltin
    Steven R. Peltin, WSBA #28862
    1111 Third Avenue, Suite 3000
    Seattle, WA 98101-3296
    steve.peltin@foster.com

JOINT MOTION FOR
ENTRY OF FINAL JUDGMENT
(2:24-cv-1230) - 2

WALCHESKE & LUZI LLC
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
TEL.: (414) 828-2372

MAYER BROWN LLP

By: s/ Nancy Ross
   Nancy Ross, Bar No. 6190243
   (Pro Hac Vice)
   71 South Wacker Drive
   Chicago, IL 60606
   nross@mayerbrown.com

   E. Brantley Webb, Bar No. 1014561
   (Pro Hac Vice)
   1999 K. Street, NW
   Washington, DC 20006-1101
   bwebb@mayerbrown.com

   Ankur Mandhania, Bar No. 302373
   (Pro Hac Vice)
   575 Market Street, Suite 2500 San Francisco, CA
   94105 amandhania@mayerbrown.com

   Jordan Hilton, Bar No. 17506
   (Pro Hac Vice)
   One Utah Center
   201 S. Main Street, Suite 1100
   Salt Lake City, UT 84111
   jhilton@mayerbrown.com

   *Attorneys for Defendants*

JOINT MOTION FOR
ENTRY OF FINAL JUDGMENT
(2:24-cv-1230) - 3

**WALCHESKE & LUZI LLC**
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
TEL.: (414) 828-2372

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 8, 2025, the foregoing Joint Motion for Entry of Final Judgment Pursuant to Fed. R. Civ. P. 58(d) was filed via the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Paul M. Secunda*
Paul M. Secunda

JOINT MOTION FOR
ENTRY OF FINAL JUDGMENT
(2:24-cv-1230) - 4

**WALCHESKE & LUZI LLC**
235 N. Executive Drive, Suite 240
Brookfield, WI 53005
TEL.: (414) 828-2372