# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CURTIS McWASHINGTON; EDWARD M. MESHURIS; EMILY SANCHEZ; JAMES ALBRIGHT; and CORY R. CROUCHLEY, individually as participants in the Nordstrom 401(k) Plan and as representatives of all persons similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>NORDSTROM, INC.; BOARD OF DIRECTORS OF NORDSTROM, INC.; and NORDSTROM 401K PLAN RETIREMENT COMMITTEE,<br><br>                Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C24-1230 TSZ |

\_\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is ENTERED in favor of defendants Nordstrom, Inc., the Board of Directors of Nordstrom, Inc., and the Nordstrom 401(k) Plan Retirement Committee and against plaintiffs Curtis McWashington, Edward M. Meshuris, Emily Sanchez, James Albright, and Cory R. Crouchley, individually, and all claims are DISMISSED with prejudice. Defendants may tax costs in the manner set forth in Local Civil Rule 54(d).

Dated this 9th day of September, 2025.

                                              Ravi Subramanian
                                              Clerk

                                              s/Laurie Cuaresma
                                              Deputy Clerk